UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MEDICI,
    PLAINTIFF,

v.

CASE NO.:
7:18-cv-00261

EXPERIAN INFORMATION SOLUTIONS, INC.,
    DEFENDANT.

## JOINT STATUS REPORT

Plaintiff Anthony Medici ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively referred to as the "Parties"), and pursuant to this Court's Scheduling Order dated August 17, 2018, hereby submit the following Joint Status Report regarding settlement:

1. Since the August 17, 2018, Status Conference, the Parties have continued to focus on the possibility of an early resolution of this matter.

2. The Parties have engaged in informal discovery and Experian has enlisted additional counsel to facilitate settlement discussions.

3. On September 10, 2018, Experian rejected Plaintiff's demand and made a counteroffer.

4. On September 11, 2018, Plaintiff rejected Experian's counteroffer and made a counter demand.

5. On September 13, 2018, Experian rejected Plaintiff's counter demand and made a counter offer. That same day, Plaintiff rejected Experian's counteroffer and made a counter demand. Experian rejected Plaintiff's counter demand; however, to date, Experian has not communicated a counteroffer to Plaintiff.

6. The Parties will continue, in good faith, to engage in settlement negotiations and efforts to diligently meet all outstanding deadlines in the event a settlement is not reached between the Parties.

Respectfully submitted,

*/s/* Adam G. Singer
**LAW OFFICE OF ADAM G. SINGER, PLLC**
60 E. 42nd Street, Suite 4600
New York, NY 10165
T: 212.842.2428
F: 212.658.9682
E: asinger@adamsingerlaw.com

Micah S. Adkins
(admitted *pro hac vice*)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
T:  (615) 370.6759
F:  (615) 370.4099
E:  MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff Anthony Medici*


/s/ Amanda L. Dollinger
Amanda L. Dollinger (AD0829)
**Jones Day**
250 Vesey Street
New York, New York 10281
T: (212) 326-3475
F: (212) 755-7306
E: adollinger@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on all counsel of record.

*s/* Adam G. Singer