LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER** | **DIRECT DIAL** |
| ADAM G. SINGER | (212) 842 – 2428 |
| **EMAIL** | **FACSIMILE** |
| ASINGER@ADAMSINGERLAW.COM | (212) 658 – 9682 |

December 18, 2018

**VIA ECF**
The Alison J. Nathan, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

    Re: **Black v. Verizon Communications Inc., et al.; 18-cv-04671**
      *Notice of Settlement in Principle between Plaintiff and*
      *Defendant Verizon Communications Inc. Only*

Dear Judge Nathan:

  This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Verizon Communications Inc. ("Verizon"), I write to inform the Court that these parties (a) have reached a confidential settlement in principle of Plaintiff's claims against Verizon in the Action, and (b) intend to move expeditiously to finalize the terms of settlement and execute a formal settlement agreement ("Agreement"). When the settlement between these parties is finalized and all conditions of the Agreement are satisfied, Plaintiff and Verizon, will, unless the Court directs otherwise, file a joint stipulation and proposed order dismissing all claims against Verizon with prejudice.

              Respectfully submitted,

              Adam G. Singer

ROCKLAND                                                  WESTCHESTER
75 MONTEBELLO ROAD                                 445 HAMILTON AVENUE, SUITE 1102
SUFFERN, NY 10901         WWW.ADAMSINGERLAW.COM        WHITE PLAINS, NY 10601